UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRY PREFERRED INS. CO., | ) | |
| | ) | |
| Plaintiff/Counter-defendant, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17 CV 2369 CDP |
| | ) | |
| CHRISTOPHER LEE, et al., | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

**MEMORANDUM AND ORDER**

Having reviewed the joint proposed scheduling plan submitted by the parties, I have concluded that it would be a waste of judicial resources to go forward with the scheduling conference currently set for this Friday, February 9, 2018, as the parties cannot agree on any deadlines, including whether this is even a Track 2 or Track 3 case. Therefore, I will set a briefing schedule for plaintiff's anticipated motion for judgment on the pleadings and reset the scheduling conference following my ruling on the motion. Any motion to stay is unnecessary given that the scheduling conference has been cancelled. Whatever my ruling on plaintiff's anticipated motion, I expect the next proposed scheduling plan to include agreed-upon deadlines.

Accordingly,

**IT IS HEREBY ORDERED** that the **Rule 16 conference currently set for Friday, February 9, 2018 is cancelled and will be reset by further Order of the Court**.

**IT IS HEREBY ORDERED** that plaintiff shall file its motion for judgment on the pleadings by no later than **Monday, February 12, 2018**. Defendants shall file their opposition brief by no later than **Monday, February 26, 2018**, and plaintiff may file any reply brief by **Monday, March 5, 2018**. **The briefs shall comply with the page limitations set forth in the Court's local rules.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 7th day of February, 2018.